# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sean Francis Karkoska<br>         <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-14366 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of GATEWAY MORTGAGE GROUP, LLC and index same on the master mailing list.

             Respectfully submitted,

             **/s/ Kevin G. McDonald, Esquire**
             Kevin G. McDonald, Esquire
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322 FAX (215) 627-7734