# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14366-AMC

SEAN FRANCIS KARKOSKA

44 BROOKVIEW LANE

POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SEAN FRANCIS KARKOSKA

    44 BROOKVIEW LANE

    POTTSTOWN, PA 19464

**Counsel for debtor(s), by electronic notice only.**
    STANLEY E. LUONGO JR
    LUONGO BELLWOAR LLP
    213-215 WEST MINER ST
    WEST CHESTER, PA 19382

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 10/2/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee