**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Sean Francis Karkoska** | : | Case No.: 18-14366 |
| | : | **Chapter 13** |
| Debtor(s). | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

18-021989_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| **Sean Francis Karkoska** | **Case No.: 18-14366** |
| | **Chapter 13** |
| | **Judge Eric L. Frank** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| **JPMorgan Chase Bank, N.A.** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Sean Francis Karkoska** | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Stanley E. Luongo Jr., Attorney for Sean Francis Karkoska, Luongo Bellwoar LLP, 126 West Miner Street, West Chester, PA 19382, stan.luongo@luongobellwoar.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Sean Francis Karkoska, 44 Brookview Lane, Pottstown, PA 19464


DATE: <u>March 6, 2021</u>

                                        /s/ Sarah E. Barngrover
                                      Sarah E. Barngrover, Esquire (323972)
                                      Adam B. Hall (323867)
                                      Manley Deas Kochalski LLC
                                      P.O. Box 165028
                                      Columbus, OH 43216-5028

18-021989_PS

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-021989_PS