IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE:  **Sean Francis Karkoska**,         :         Chapter 13
                                           :
                Debtor                     :         Docket No:  **18-14366 (ELF)**

**O R D E R**

**AND NOW**, this 25th day of March , 20**21**, upon consideration of Debtor's Motion for Expedited Consideration of his Motion to Approve the Sale of Real Estate, it is hereby **ORDERED** as follows:

1. The request for an expedited hearing and limited notice is **GRANTED**.

2. A hearing on Debtor's Motion is scheduled for the  **6th day of April, 2021 at 1:00 p.m.**. in Courtroom No. 1, United States Bankruptcy Court, Robert N.C. Nix, Sr. Building, 900 Market Street, Philadelphia, Pennsylvania, 19106;

3. Responses to the Motion may be filed with the Clerk of the Bankruptcy Court and will be considered at the hearing.

4. The Debtor shall serve the Motion and this Order n**o later than March 26, 2021** via first-class mail upon or electronic service through the court's CM/ECF system on the Standing Chapter 13 Trustee, all secured creditors and  and all parties who have timely filed requests for notice under Bankruptcy Rule 2002.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**