United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sean Francis Karkoska  
    Debtor

Case No. 18-14366-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sean Francis Karkoska, 44 Brookview Lane, Pottstown, PA 19464-2993 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor GATEWAY MORTGAGE GROUP LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor GATEWAY MORTGAGE GROUP LLC bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| STANLEY E. LUONGO, JR. | on behalf of Debtor Sean Francis Karkoska stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 25, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In RE: **Sean Francis Karkoska**, | : | Chapter 13 |
| | : | |
| Debtor | : | Docket No: **18-14366 (ELF)** |

**O R D E R**

**AND NOW**, this __25th__ day of __March__, 20**21**, upon consideration of Debtor's Motion for Expedited Consideration of his Motion to Approve the Sale of Real Estate, it is hereby **ORDERED** as follows:

1. The request for an expedited hearing and limited notice is **GRANTED**.

2. A hearing on Debtor's Motion is scheduled for the **6th day of April, 2021 at 1:00 p.m.**. in Courtroom No. 1, United States Bankruptcy Court, Robert N.C. Nix, Sr. Building, 900 Market Street, Philadelphia, Pennsylvania, 19106;

3. Responses to the Motion may be filed with the Clerk of the Bankruptcy Court and will be considered at the hearing.

4. The Debtor shall serve the Motion and this Order n**o later than March 26, 2021** via first-class mail upon or electronic service through the court's CM/ECF system on the Standing Chapter 13 Trustee, all secured creditors and  and all parties who have timely filed requests for notice under Bankruptcy Rule 2002.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**