UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Sean Francis Karkoska**,	:	Docket No. **18-14366** ELF :
                                    Debtor	:	Chapter 13

## O R D E R

AND NOW, this ___7th___ day of ___April___, **2021**, upon consideration of Debtor's Motion to Approve the Sale of Real Estate Pursuant to 11 U.S.C. §363 and §1306, it is hereby **ORDERED** that the Motion is **GRANTED.**

1. The Motion is **GRANTED**

2. Debtor is **AUTHORIZED** to sell real property located 44 Brookview Lane, Pottstown, Montgomery County, Pennsylvania 19466 as set forth in the Motion.

3. This Order shall be effective immediately and shall not be subject to the 14 day period set forth in Bankruptcy Rule 6004(h).

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**