**Stanley E. Luongo, Jr., Esquire**
*Luongo Bellwoar LLP*
126 West Miner Street
West Chester, PA  19382                                                    **Attorney for Movant**
(610) 430-6600                                                              Attorney I.D. # 51828
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE:  **Sean Francis Karkoska**,              :        Chapter **13**
                                                :
                   Debtor                       :        Docket No:  **18-14366 (AMC)**

### ORDER

AND NOW, this __8th___ day of _____April_____, 20**21**, upon consideration of
the within Motion of Debtor to employ Michael Hammond, Realtor with Keller Williams Realty
Group, to represent him as Debtor herein, and upon Verified Statement of Realtor;

       IT **IS HERERBY ORDERED** that the Motion is **DENIED as unnecessary.**  Nothing in this
Order shall restrict the right of the Debtor to compensate the Realtor for services provided.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**