United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sean Francis Karkoska  
    Debtor

Case No. 18-14366-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sean Francis Karkoska, 44 Brookview Lane, Pottstown, PA 19464-2993 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor GATEWAY MORTGAGE GROUP  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor GATEWAY MORTGAGE GROUP  LLC bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| STANLEY E. LUONGO, JR. | on behalf of Debtor Sean Francis Karkoska stan.luongo@luongobellwoar.com  nicole.werner@luongobellwoar.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Apr 08, 2021    Form ID: pdf900    Total Noticed: 1
TOTAL: 6

**Stanley E. Luongo, Jr., Esquire**
*Luongo Bellwoar LLP*
126 West Miner Street
West Chester, PA  19382　　　　　　　　　　　　　　　　　　　　　　**Attorney for Movant**
(610) 430-6600　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. # 51828
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In RE:  **Sean Francis Karkoska**,　　　　　:　　　Chapter **13**
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Debtor　　　　　　　　　　　:　　　Docket No: **18-14366 (AMC)**

## ORDER

　　　　AND NOW, this __8th__ day of ____April____, 20**21**, upon consideration of the within Motion of Debtor to employ Michael Hammond, Realtor with Keller Williams Realty Group, to represent him as Debtor herein, and upon Verified Statement of Realtor;

　　　　**IT IS HEREBY ORDERED** that the Motion is **DENIED as unnecessary.**  Nothing in this Order shall restrict the right of the Debtor to compensate the Realtor for services provided.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**