United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-14366-elf

Sean Francis Karkoska     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: May 18, 2021     Form ID: 138NEW     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sean Francis Karkoska, 1121 Wendler Circle, Pottstown, PA 19465-1011 |
| 14184428 | + | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14131603 | + | Chrysler Capital, Attn: Bankruptcy Dept., P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 14131607 | + | Home Furnish (The Dump), 5324 Viригina Beach Road, Virginia Beach, VA 23462-1828 |
| 14131610 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14181591 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14131600 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:53:12 | Capital One Bank (USA), N.A., Bankruptcy Claims Servicer, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14173171 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:55:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14131602 | | Email/Text: bk.notifications@jpmchase.com | May 19 2021 01:49:00 | Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 14131604 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14131605 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Kay Jewelers, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14131606 | + | Email/Text: bankruptcy@gatewayloan.com | May 19 2021 01:59:00 | Gateway Mortgage Group, 244 South Gateway Place, Jenks, OK 74037-3460 |
| 14131608 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2021 01:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14191452 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:55:00 | JPMorgan Chase Bank, N.A., P.O. Box 901032, Ft. Worth, TX 76101-2032 |
| 14131601 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:55:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14131609 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 19 2021 01:59:00 | KeyBank, 4910 Tideman Road, Attn: Client Services, Cleveland, OH 44144-2338 |
| 14189185 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14189186 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14188072 | *+ | Gateway Mortgage Group, LLC, 244 South Gateway Place, Jenks, OK 74037-3460 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

**Name**  **Email Address**

KEVIN G. MCDONALD
   on behalf of Creditor GATEWAY MORTGAGE GROUP  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor GATEWAY MORTGAGE GROUP  LLC bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
   on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

STANLEY E. LUONGO, JR.
   on behalf of Debtor Sean Francis Karkoska stan.luongo@luongobellwoar.com  nicole.werner@luongobellwoar.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sean Francis Karkoska

      Debtor(s)

Bankruptcy No: 18−14366−elf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                    For The Court
                                                  Timothy B. McGrath
                                                  Clerk of Court

Dated: 5/18/21

                                                                   42 − 40
                                                           Form 138_new